UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANE DONAVAN BROOKS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMAN, et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00982-APG-NJK<br><br>**ORDER** |

On January 10, 2025, the Court directed Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the $405 filing fee. Docket No. 3. Plaintiff filed an incomplete application to proceed *in forma pauperis* that was missing a financial certificate and a copy of his prison trust fund account statement for the previous six-month period. Docket No. 4. Plaintiff stated that he had requested the necessary documents, and that he would submit them to the Court as soon as he received them. *Id.* at 4. In light of this statement, the Court will give Plaintiff an extension to file a complete financial certificate and his prison trust fund account statement for the previous six-month period.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **May 20, 2025**, Plaintiff must either pay the full $405 filing fee or file a completed financial certificate and a copy of his trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows

///

///

///

Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS SO ORDERED.

DATED: March 20, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE