**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANE DONOVAN BROOKS,

    Plaintiff,

v.

ROMAN, et al.,

    Defendants.

Case No. 2:24-cv-00982-APG-NJK

**Order**

[Docket No. 22]

Pending before the Court is Plaintiff's request for a telephonic meeting to discuss settlement.[1]  Docket No. 22.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court.  *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.

Accordingly, the Court **STRIKES** the above-referenced document, and **INSTRUCTS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1