**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANE DONOVAN BROOKS,
Plaintiff,
v.
ROMAN, et al.,
Defendants.

Case No. 2:24-cv-00982-APG-NJK

[Docket No. 27]

Pending before the Court is Plaintiff's motion for extension of time to conduct discovery.[1] Docket No. 27. Defendants filed a response in non-opposition. Docket No. 29.

Plaintiff seeks to extend the deadline to amend the complaint by 60 days and the deadline to conduct discovery by 90 days. Docket No. 27. Defendants submit that they do not oppose Plaintiff's request for a 90-day extension, and that they have until August 15, 2026, to respond to Plaintiff's second set of requests for production. Docket No. 29 at 4.

For good cause shown, the Court **GRANTS** Plaintiff's motion and **EXTENDS** deadlines as follows:

- Amend pleadings: October 16, 2026
- Discovery cutoff: November 16, 2026
- Discovery motions: November 30, 2026
- Motions for summary judgment: December 16, 2026

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

- Joint pretrial order: January 15, 2027. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions or until further order of the court.

IT IS SO ORDERED.

Dated: August 12, 2026

Nancy J. Koppe
United States Magistrate Judge